MAILROOM

JUN — 4 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

## UNITED STATES DISTRICT COURT
## FOR EASTERN DISTRICT OF VIRGINIA

**JOSEPH D. GILBERTI, JR., P.E.,** an
**Individual and Licensed Professional Engineer,**

                    Plaintiff,

v.

**THE PENTAGON,** Federal Reserve Bank of
**Atlanta, Federal Bureau of Investigation (FBI),**
**Central Intelligence Agency (CIA), US Congress,**
**US Senate, Center of Disease Control and**
Prevention (CDC), Anthony S Fauci, M.D.,
**WORLD HEALTH ORGANIZATION-PAN**
**AMERICAN HEALTH ORGANIZATION (WHO-**
**PAHO), Bill Gates, Time Warner, Fox News, CNN,**
Walt Disney, MSNBC News, **US Supreme Court**
**Justices of the United States of America,**
**Boston Police Department, Governor Gavin**
Newsom of California, Governor Ron Desantis
of Florida, Governor Kay Ivey of Alabama,
**Governor Brian Kemp of Georgia, Governor**
**Gretchen Whitmore of Michigan, ex-Governor Rick**
**Snyder of Michigan, Charlie Baker Governor of**
**Massachusetts, Boston Police Department,**
American Society of Civil Engineers. National
Aeronautics and Space Administration, U.S.A.
(NASA), US Department of Interior, 72 Partners
LLC, Florida Conservation Group, Inc., Sarasota
County Commission.

                    Defendants.

Civ. No.

1:21CV680
LO/TCB

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

## CIVIL RIGHTS VIOLATIONS, TORTS, FRAUD ON THE COURTS, RACKETEER

## INFLUENCED AND CORRUPT ORGANIZATION ACT ("RICO")

Plaintiff JOSEPH D. GILBERTI, JR., P.E., hereinafter "THE ENGINEER," is an

Individual, filing for a complaint against DEFENDANTS or "Enterprise", allege as follows:

## NATURE OF THE ACTION

This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth

Amendments of the United States Constitution as applied to the States under the United States

1

Constitution's Fourteenth Amendment for the Defendants' individual and collective personal, malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective constitutional rights to free speech and protection against unreasonable search of Plaintiff's bodies as well as state tort claims for civil conspiracy. See *Gilberti vs CDC, et al*, hidden by Tampa Central Command, Florida Southern command, The Pentagon, CDC, FEMA, all News Media, Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks. This Resource has reading never seen on Earth that affects Medicine and National Defense.



Modification pattern used to subdue Engineer Gilberti with various Terrorist attacks shown in this complaint and multiple filed related cases throughout Florida and Washington DC.

Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC, WHO, Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural resource in Medicine, Energy and Water Supply production and National Defense. Defendants are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy water supply and Americans with higher rates of Cancers, Viruses and Diseases as well as destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in Florida, America and abroad. This unique property has Geological indicators that show America how to find more in days and create millions of Jobs, new medicine and economic sustainability.

Below is a diagram of major concerns by thousands of citizens who asked Plaintiff to be the West Florida expert at Desoto County against this Enterprise and Mosaic Phosphate and Plaintiff was approved for said expert to protect millions of Floridian and Americans from this Enterprise.

Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

A Judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist. This is especially true in America, where the judiciary is afforded wide discretion. Every decision left up to the discretion of a judge—is a potential opportunity for corruption. Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality. The Judges are often influenced by local Corporations, Law-firms and bribes if the stakes are so economically high in the region, no salary could

compare to the monetary corrupt bribes or offers.



**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti Endless Alkaline spring water.

The case involves the Defendants in a massive Enterprise which consist of Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water and health agencies, hard money loan sharks, local law-firms and developers who have teamed up

against THE ENGINEER to steal a hidden underground resource which more valuable that Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE; and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i)     Deny an impartial tribunal;

(ii)    Violate United States Code, Title 4§§101 and 102;

(iii)   Violate Florida Statute §876.05(1)

(IV)    CRIMES OF GENOCIDE/EUGENICS
        *General Assembly resolution 260 A(III) of 9 December 1948 Entry into force:
        12 January 1951, in accordance with article XIII*

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**
The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**
In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968,** *et seq* **(a), (b), (c) and (d).** THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical National Defense Resources of "Blue Gold"........... or ready to drink Alkaline Spring Water from Earth not Manmade.

The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue

Appellant timed with civil cases, permitting, investment proposals to hide critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida; preventing his ability to Due process in courtrooms, taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more; retroactive with the unique resource discovery.  A full blown attack on the Engineer, his clients, his family, children, bank accounts, reputation and business has been taking place continuously from 2011 to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders.  .

Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day.  While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily treated with chemicals vs. natural endless alkaline spring water; causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more.  While increasing the possibilities of Viruses like Zika and Coronavirus, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

1.  TERRORISM with US Supreme Court Justices, Obama, Biden with a network of US courts and Judges working with Tampa to Miami Judges, Engineering Firms working for Municipalities and the EPA to hide this Resource that can be verified in hours with Timed Terrorism!  While hiding all cases and preventing all discovery!



Rob Stampe is being deposed who worked on Gilberti plans and is taking pictures with Gov Scott two different times to testify on all said issues of Corruption against THE US PEOPLE on this Water Supply!



This FDEP Email was sent 5hrs before the Boston Bomb and suddenly Gilberti is kidnapped by Pam Bondi and Obama in District 13 with Judge Dominquez and Judge Conrad with Mark Ober and a slew of State Attorneys and Public Defenders.

## JURISDICTION AND VENUE

Plaintiffs bring this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution.

1.     This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights); 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

2.     Jurisdiction of this Court is invoked pursuant to (i) Article III of the United States Constitution, (ii) the provisions of 28 U.S.C. §1331, §1343(a)(3) and (4), §2201 and §2202 and 42 U.S.C. §1983, and (iii) the provisions of 28 U.S.C. §1367.

3.      Venue is proper pursuant to 28 U.S.C. § 1391.

4.      At all material times, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiffs' human, safety, and property rights.

5.      These constitutional law violations are "capable of repetition, yet evading review." *Roe v. Wade*, 410 U.S. 113, 125 (1973) (citing *Southern Pacific Terminal Co. v. ICC*, 219 U. S. 498, 515 (1911), *Moore v. Ogilvie*, 394 U. S. 814, 816 (1969), *Carroll v. Princess Anne*, 393 U. S. 175, 178-179 (1968), *United States v. W. T. Grant Co.*, 345 U. S. 629, 632-633 (1953)).

6.      THE ENGINEER was kidnapped timed with the FDEP SRF Marjory Stoneman Douglas funding application just 17days prior to the Marjory Stoneman Douglas Shooting in Broward where 17 were shot and 17 wounded in game tied to Smith-Mundt act where Hollywood in Los Angeles sells stories to Government to sells Manufactured news for their Propaganda agenda to attack other nations and now America since its Congressional approval under Obama in 2012 via the H.R. 5736 The Smith-Mundt Modernization Act of 2012, initiated days after our World Resource find by Tampa Central command and this Florida Enterprise of Terrorist civil servants and Developers tied to huge Corporations like Walt Disney owners, Seminole Tribe Casinos, Federal Reserve Bank and corrupt Judges in land grabs and cohersion on tax base grants for their Enterprise which includes a front called 72 Partners LLC and BFSL Holdings LLC.

## PARTIES

### *PLAINTIFF*

7.      Plaintiff, **Joseph D. Gilberti, Jr., P.E**, hereinafter "Plaintiff" (aka THE ENGINEER) is a Professional Licensed Civil Engineer and Land Consultant located in Lee County, Florida with a mailing zip code of 33931 whose President, of LandTech Design Group,

9

Inc. with access to land in Sarasota County with a critical underground Aquifer with medicine changing readings that are capable of delivering Antioxidant Spring water supply to over 10million taps from Tampa to Miami.   See Plaintiff's Engineering, Consulting and whistleblowing website at https://gilbertibluegold.com/.   Plaintiff is a property owner who has access to a secret hidden endless underground spring river approximately 2000ft below his Ranch, tied to a much deeper Global vast Ocean from geological and water quality indicators shown in public record engineer reports, permit petitions, consultant presentations and third party lab results.

### DEFENDANTS

8.      **Center of Disease Control (CDC)** - Centers for Disease Control and Prevention, 1600 Clifton Road, Atlanta, GA 30329 – The CDC has hidden this resource with the Enterprise since the first permit submittals in 2012 and 2013.  They regulate pathogens in Water supply and diseases and purposely hid this resource and purposely faked a Coronavirus Pandemic with the Federal Reserve, Media and this Racketeering Enterprise of Florida civil servants and more who are hiding this World Medicine production for the Rich to kill the Poor and Middle Class with arsenic treated waters for years.  They all knew since 1991 and killed millions of People and now the mask game.

9.      **World Health Organization – Pan American Health Organization (WHO-PAHO)** – The World Health Organization works to promote Clean Water help protect the Health and Welfare of Humanity with the EPA and other Nations.  The EPA and WHO-PAHO have worked together to hide this Global Water and Thermodynamic knowledge from Humanity to create a health crisis and unneeded Vaccines with Bill Gate Foundation.  They both have worked together with Defendants and Florida Leaders to hide this Resource and Global Water knowledge under Plaintiff's land for years with Courts, Judges, Police, Leaders, Media and EPA.

10.    **Federal Reserve Bank of Atlanta**

11.    **Bill Gates, Bill Gates Foundation**

12.    **Central Intelligence Agency CIA**

13.    **United States District Court for the District of Columbia, Washington DC.** Judge Ketanji Brown Jackson avoided all discovery, harbored Terrorism acts timed with attacks on US Resource with Lawyers, Media and School Board propaganda to subdue the Engineer timed with land cases in other court jurisdictions.  All other courts and law-firms are piggy backing on this Order that was another attack on THE ENGINEER, the US Resource and millions of Floridians, their children in growth, macroeconomics this resource provides. https://www.dcd.uscourts.gov/

14.    **72 Partners LLC** is a Florida Limited Liability Corporation group of west Florida bankers, real estate and appraisers consisting of *Lee Pallardy, Thomas Howze, Kenneth Harrison and Lawrence Hall* or are also named individually on the complaint.  The website can be found at https://www.leepallardyinc.com/.  *Kenneth Harrison of 72 Partners LLC* leases land from Southwest Florida Water Management District at the Peace River RV Griffin Reserve since 1974, sits on the Babcock Ranch board where both entities have targeted THE ENGINEERS land and his clients land Daughtrey for decades with the Lisa and Kimberly Carlton (Sarasota Chief Judge), at Carlton Ranch where the Carlton Water Treatment Plant exists next to this resource.  Kenneth Harrison has been a neighbor of this land for decades and knew of the US Resource before THE ENGINEER and the Hurricane Charlie disaster recovery funds installing RV Griffin, 6 billion gallon open to the sky Reservoir in Desoto County.

### IV. FACTUAL ALLEGATIONS

14.    Plaintiff is located and does business within the State of Florida and United States of America.

15.    Defendants are located and do business within United States of America and are hiding a critical US underground Global medicine and Water Supply UNIQUE RESOURCE for

years to attack Americans and Humanity with Eugenics, Wars, Vaccines and Printed Money with a Military and Big Pharma complex tied to Smith-Mundt Acts with all US Media, the Federal Reserve private banks deflating the dollar, hiding jobs and major science, opportunity with Deep State US Navy Seals and local Police and School Boards, with University Systems across Cities in America.

16.     All defendants are State actors, and as such, the United States Constitution governs their individual and collective actions when acting on Tax payer behalf to protect the public.

17.     Defendants formal and informal policies, written or unwritten, allowed, encouraged or enabled Defendants to violate Plaintiffs' individual constitutional rights and conspire to commit these constitutional violations.

18.     This issue is a matter of great public concern. A Global hidden underground Drinking Water, new Medicine and Energy Resource has been found and is being attacked by a pool of Judges, Agency personnel, Law Firms and Court Circuits in West Florida and Washington DC to hide this critical National Defense Resource from America for foreign owned corporations infiltrating Florida Politicians, having a great impact upon Florida students, their families, and Florida's citizenry.

19.     Defendants retaliated against Plaintiff who was exercising his free speech rights when Defendants in a Racketeering Enterprise to sell bottling, Cancer Centers and Pharmaceutical medicine due to Low Level of Service drinking water supply at the tap from very low level of Service RAW WATER RESOURCES. Defendants attacked his land in Sarasota, his family, his clients and projects when Plaintiff was whistleblowing the US Resource with permitting submittals, mass emails, and social media posts in an effort of Redress of Grievance.

20.    Defendants illegally with falsified police reports involving AR-15 death threats to Plaintiffs 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendment rights under the United States Constitution.

21.    Plaintiffs continued to suffer Defendants' individual and collective retaliation for voicing their concerns over this unconstitutional forced low level of service of water supply causing higher cancer rates, diseases and viruses to millions of Americans in the West and South Florida Regions.

22.    These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983. Plaintiffs will seek their attorneys' fees and costs under 42 U.S.C. §1988 if and when they prevail.

## V. COUNT 1 - CIVIL RIGHTS ALLEGATIONS

23.    Plaintiff sent files, plans, and readings with email copies to several recipients, local agencies, County attorneys, media and consultants, to expose this World hidden underground Resource by attaining transparency, and properly exercising his First Amendment rights.

24.    Plaintiff's civil rights, freedom, projects, incomes were attacked by Defendants, their court influences, Judges, local police, law firms with fake police reports and time terrorist attacks to raise bonds timed with civil land cases to subdue him. These court docket games with software turnover in other county circuits, timed with Judges and law-firms, who are all harboring the terrorism and hiding access to secret underground endless Oceans of unique spring to millions of Taps and Earth Science critical to Humanity. See Timeline of Events below:

## CONFIDENTIAL TIMELINE OF FLORIDA TERRORIST ACTS BY CIVIL SERVANTS AND LEADERS

**TIMELINE CONFIDENTIAL AND SUBMITTED SEPERATELY IN CONFIDENCE FOR THE COURT IN A PRIVATE VAULT AND HAS BEEN COPIED TO PRESIDENT TRUMP'S OFFICE, ATTORENEY GENERAL BARR AND CONGRESS DUE TO CORROUPT FLORIDA AND US LEADERS, JUDGES, ENGINEERING FIRMS, CIVIL SERVANTS AND LAWYER NAMES INVOLVED IN US TERRORISM AND EUGENICS OPERATION WITH FEDERAL RESERVE BANKS, CDC, EPA, NASA, WORLD HEALTH ORGANIZATION, FEMA AND CORPORATE LEADERS AND**

**DRINKING WATER-ENVIROMENTAL FUNDING AGENCY BOARDS**

25.     Below is an rough indicator of the unbelievable corruption that took place in front

of everyone while they watched in fear just like the masks for the FAKE CORONVIRUS

PANDEMIC by the same group and more.

*2011 year*

*June - hired Greenberg Traurig through help of Scott Freyre who was going to help us get funding from hard money note that was stealing the land for pennies with Foley Lardner attorneys who are head of Florida Water forum*

*August - fired Greenberg due to friends 72partners taking note 12 days into litigation and the fact they are Israel Mosaic Phosphates chief council doing Political mining compacts with Gov Scott and west Florida counties from Sierra vs ACOE litigation for phosphate mines from Tampa to Lee County. Sarasota never signed due to Lee county for 57million as I have the only mining permit in phosphate district in Sarasota with deep well. two essentials for fertilizer plant. Mosaic is largest phosphate and potash corp. in world controlling farming with Monsanto and all food production in World.*

*2012 year*

*April - Found water at deep well and sent plan showing spring water to Peace River WTP and RV Griffin reservoir to all leaders in mass email. Ross Morton of SWFWMD ombudsman responded 52minutes later to block staff contact.*

*July 4th Holiday - Arrested for cyberstalking or really 1st amendment rights for whistleblowing water resource with plans next to a 5county polluted Peace River Manasota water plant in Desoto county pumping to Sarasota, Charlotte, Manatee, Desoto and now Lee. Victims were three Greenberg Traurig Lawyers, Dave Weinstein, Vin Marchetti and Don Crawford. Vin was friends with Scott Freyre and used to work for Foley Lardner. Dave Weinstein is chief council for Mosaic for decades! Major conflict against USA under attack by foreign corporations with Nestle and more.*

*August - submitted $10,300 application and fee to FDEP in Sarasota and Ft Myers for Pipeline and filtration to bring millions Alkaline Mineral spring water to region. still didn't realize about the real value and uniqueness of underground RIVER and meteor stuff.*

*Presented to Peace River on Aug 1st on aquifer with spring water to four county commission. Public record.*

*December - Florida pass HB1099 new cyberstalking laws to felony issues while Greenberg changes windows to bullet proof with Board of Engineers to make me look like a terrorist*

*2013 year*

14

*March 27 presented to City of North Port in Sarasota with kids on spring water to taps in six months construction as they get is first as they are six miles away. sent plans to Sarasota and Venice churches and all hospitals.*

*April 3rd - Jim Murray of Amps Well Maintenance comes to site and says emails being deleted off his computer in front of his eyes within seconds of sending email of water readings and story. He said cleanest water on earth ever seen over 3  of world after drilling Oil 50yrs. says we are next to a titled platform from Yucatan meteor impact*

*April 15 - I wrote hypothesis, emailed FDEP in Leon County Tallahassee FDLE Torch run with mass email at 10:54 am and Boston Bomb blows 5hrs later and my $500 bond for a misdemeanor with Greenberg Lawyers skyrockets to $300,000 and surrounded by secret service and helicopters at Hillsborough County government building with Secret Service flying all over the building with a huge ACT by Cops, Judges and Hillsborough County staff, leaders and Pam Bondi.*

*2014 to 2020 years*

*Detailed in Vault of timed Terrorism with FDEP funding on Parkland shooting, Cousin Cory Gilberti setup by Broward Cops and State Attorney with actual AR-15 shooting of entire building to attack my family.   Then he gets PTI and dropped charges, hidden by the news within months of Parkland shooting, while THE ENGINEER is attacked with FABRICATED AR-15 EMAILS by the Hillsborough State Attorneys Mark Ober, Pam Bondi, Ashley Moody and Andrew Warren. Forced to take a Guilty plea just to save the land control to get the permitting after being kidnapped for the 23 time by Tampa and Lee County corrupt Judges, Cops and more*

*THE ENGINEERS children were attacked by School teachers and chocked to scare his family away and create local dissention and fear with Cops and corrupt Florida leaders and civil servants.*

*Yet not one Leader, Engineer or person will dare test this water and its capacity that now has a 9-mile transmission FDEP Permit finalizing with Jon Iglehart the Director in Fort Myers, who is a witness with many others of this US TREASON by hundreds of Leaders, Judges, Cops, Media groups, Large developers, Bottling Corps, Big Pharma groups, General Electric, Dow Chemical, Mosaic Phosphate, Monsanto seed, Hospital Boards and Lawyers.*

*Why is this Mask on the $20bill for the past 17yrs hidden at the 2020 RNC and DNC by all Leaders, Federal Reserve and Media just like this World Resource and knowledge?*

1. A large $500 million reservoir (RV Griffin) was installed and a 20mile 42-inch Water main by Southwest Florida Water Management (SWFWMD), Peace River Manasota Water Supply Authority (PRMWA) stole 50 states of Grant money by to hide a secret underground Alkaline River tied to an Ocean under Joe Gilberti's land and Cecil Daughtrey lands with unlimited Cancer slowing ready to drink Spring Water after

Hurricane Charlie.  Southwest Florida Water Management and Sarasota county gave Florida Forever Trust funds to Longino, Carlton and Walton Ranches along the this improvement who also have known of this secret underground River as these families have grown up for generations together and the Well accessing the Secret isolated river was dug in 1969 and had a WUP with SWFWMD for since 2001. These SWFWMD Reservoirs like RV Griffin are essentially high maintenance ZIKA PONDS that we have permit plans showing to convert these potential Water supply terror attacks to a Power plant with our endless underground spring water resource, engineering plans and connection.  This Reservoir extorted American Tax money for Power corps in the area like FPL, Duke Energy and PRECO while creating cancer clusters, death of Americans at the Tap to millions and a potential and above sky terror attack from Pesticide Planes at the Reservoir hidden in a Swamp of Trees where low flying plains and drones cannot be detected.  See FEMA Stafford Act 6.11.

2.  A simple Water health scan and pump report can verify this World Drinking Water resource in a few hours which eliminates billions of Tax dollars being wasted by SWFWMD, West Florida County commissioners, Peace river Manasota and Florida Forever Trust funds building these Poor Water Supply systems from Poor Water supply resources pursuant to FDEP 62-555 (310)

3.  All plans and regional permit petitions have been ready for approval and obtained by FDEP director Jon Iglehart in Fort Myers Florida. Application fees of $10,300 cleared by FDEP in November 2013 with Brian Dietz P.E.; these permits were transferred to FDEP Fort Myers Florida December 31, 2013. Resubmitted was done again after hurricane Irma where FPL, Duke, and all Florida leaders, SWFWMD, and EPA purposely hid the resource with the Trustee and his firms to put Americans at risk.

4.  Engineer Gilberti is in litigation with a group called 72 Partners LLC in Sarasota County which includes five men named, Thomas Howze, Lee Pallardy, Kenny Harrison, Laurence Hall and Spenser Hall.  Kenny Harrison owns Harrison Cattle LLC which leases land from SWFWMD at the RV Griffin Parcel where the RV Griffin Reservoir was built to steal $500million from 50 States after Hurricane Charlie and hide this Resource to serve it to Mosaic Phosphate who is destroying Aquifers with the help of these groups included in this Lawsuit.  This is a Racketeering operation to sell medicine as when taking a shower a liter soaks into the body hence driving home values down and cancer rates and water bill up in the region using POOR Raw Water resources.

5.  The Supreme Court has been filed by Cecil Daughtrey on a barrage of Terrorism acts timed with Tampa District 12, Lee county District 20 as well as Sarasota District 12 lawsuits and kidnapping of engineer Gilberti with falsified police reports by Mosaic Phosphate chief council who was fired on our Property due to Mining compact conflicts on our land holding a SWFWMD mining permit from 2009 with phosphate in the dirt in the Mosaic Phosphate District of Sarasota county.

6.  This resource under our land hidden by the SWFWMD, Peace River and West Coast engineers, leaders and Media shows underground formations and knowledge that millions more exist across the Earth, to help other US States and other nations.

7. Israel Mosaic Phosphate next to our land Nestle, Coke, Pepsi, Disney and all hospitals hid this U.S. resource to the tap with Tampa to Ft Myers Agencies, Engineers, EPA for 40 years to sell medicine and kill people with cancer, diseases, and a low level of service (LOS) in drinking rain water resources. The well was dug in 1969.

8. See FDEP Revolving fund to Marjorie Stoneman Douglas Building in Tallahassee 1-28-2018 then suddenly a Parkland Marjorie Stoneman Douglas High School shooting or terror attack 17 days later with 17 shot and 17 wounded and our engineer was kidnapped by Tampa District 13 again to stall our permitting and investment groups or run them off?

9. A class action and RICO is at hand on hiding Critical US Drinking water supply resources and medicine tied to a massive Medicaid fraud operation by leaders, developers and Hospital foundations in Florida.   This needs to be forwarded by all parties to Washington State Attorneys office to investigate the aforementioned immediately and put on US media to find more issues of agencies, their lawyers and engineers purposely hiding Raw Alkaline spring water resources that never end in flow and capacity.

10. President Trump, Congress and Media must take action on these critical issues and this unique resource hidden by Hospitals stealing Medicaid from Lower level of Service Water Supply, Colleges and Universities, Agencies, Department of Justice, EPA, NASA and US media.

11. Indicators show SWFWMD, West Florida Leaders, Tampa Bay Water, Peace River Manasota Water supply, Israel Mosaic Phosphate, Rothschild IMF World Bank, and Federal Reserve central banks hid this Resource for over 40yrs to create cancer clusters and Wars as this site shows Mankind how to find many more access points to this Underground Ocean of Unique Spring Water ready to drink right out of the Ground.

12. Public Service commission complaints on FPL, Duke Energy and more were filed in 2012 by others PSC Complaints 05400-13 and 02424-13 with Gilberti Water supply documents attached at the same time Duke and Progress Energy were assessing $1.5billion to clean up a STILL EMITTING Nuclear Power plant in Crystal River which are the Headwaters of Hillsborough River pumping 65MGD of Radioactive Water to the Tampa Region to fill Moffitt cancer centers and USF Cancer Grants.  Very similar to Radioactive mining spill by Mosaic Phosphate during 2011 Fort Meade Case when Gilberti and Daughtrey fired Dave Weinstein of Greenberg Traurig due to conflicts as he was on that case, our lands, and we have a Phosphate mining permit and a deep Floridan well, the two essentials for a Fertilizer plant.  Now Desoto where Peace River Water plant is working Horse Prairie which was traded as a settlement in the Fort Meade Case.  Mosaic was after our site timed with their RV Griffin improvements!  They would have never opened it; they would just sell medicine and create more cancer centers with Medicaid Fraud Gov Scott.

*Administrative Law Judge J. Lawrence Johnston will conduct a hearing to consider the environmental effects and any other appropriate matters regarding whether to approve the site certification of the proposed Progress Energy Florida, Levy Nuclear Plant Units 1 and 2, application for site certification number PA08-51, DOAH Case number 08-2727EPP, DEP Office of General Counsel Case Number 08-1621, pursuant to the Florida Electrical Power Plant Siting Act, Sections 403.501–.518, Florida Statutes. ...*

**Meeting:** *hearing*

**Contact:** *Mr. Michael P. Halpin, P.E., Marjory Stoneman Douglas Building, 3900 Commonwealth Boulevard, M.S. 48, Tallahassee, Florida 32399-3000, (850)245-2007.*

13. The Administrative Law Judge can order (daily) multiple lab tests and verify the resource with our experts, such as Jim Murray in Palm Beach Florida of AMPS Aquifer maintenance who performed a DTH video showing higher benefits as we drill deeper.

14. After this discovery of a massive underground ocean from a Meteor impact crater verified by Oil consultants, suddenly Tampa Dist 13 kidnapped engineer Gilberti for 300days on Boston Marathon explosion day 4-15-2013 after sending a Jog email of Leaders and FDEP with Hershel Vineyard of Foley Lardner and Gov Rick Scott running in a Torch run 5hrs earlier on file in Tampa and Sarasota Courts.  See LandTech Design Group vs 72 Partners Inc.  All in an effort to hide this Secret Underground Ocean from THE PEOPLE and their home taps and tax Americans with unnecessary Reservoirs to sell medicine as Tap Water is based on Cancer Rates.  Alkaline Natural Spring water with lower water bills eliminates the need for Rivers, Reservoirs and huge lawsuits and loafing like this case at hand.



Rob Stampe is being deposed who worked on Gilberti plans married into the Sam Walton family (Wal-Mart) and is taking pictures with Gov Scott two different times to testify on all said issues of Corruption against THE US PEOPLE on this Water Supply!



publix
TORCH RUN

**This FDEP Email was sent 5hrs before the Boston Bomb and suddenly Gilberti is kidnapped by Pam Bondi and Obama in District 13 with Judge Dominquez and Judge Conrad with Mark Ober and a slew of State Attorneys and Public Defenders**

Gilberti Blue Gold –"The People's Water"

**GILBERTI K-T HYPOTHESIS**

**Yucatan Meteor Impact or K-T Event tilts Florida Platforms accessing Alkaline Spring Water Oceans beneath the Earth hidden 40yrs for Eugenics.**

Late Cretaceous Shoreline
Chicxulub Crater

**300-mile Antioxidant pipeline solves Florida North South Water Conflict submitted to FDOT in 2014 on file**

**Local Peace River Manasota Water Supply Infrastructure adjacent to Daughtrey and Gilberti Lands used ELAPP in Sarasota, Peace River Manasota Water Supply Authority, SWFWMD and Florida Forever Trust Funds with Carlton, Walton and Longino to hide this Resource and build unnecessary RV Griffin Reservoir on this Map**



**ZIKA Pond Reservoirs built to Hide Secret Underground River of Spring Water to fill Cancer Centers using a Lower Level of Service in the Swamp subject to Pesticide plans, drone attacks pursuant to Stafford Act 6.11**



**Peace River Manasota Water Supply System next to Daughtrey Lands hiding this Critical US Resource to fill Cancer Centers with US Families and Children from Radioactive Mosaic RED TIDE rivers water Supply**
**VERSUS**
**Endless less expensive Alkaline Mineral Spring Water Supply**



**Four county commissioners via Sarasota, Desoto, Charlotte and Manatee County own this Regional system.**

**Unique Alkaline Mineral Spring Water Readings tied to Secret Underground Ocean isolated under Daughtrey and Gilberti Sarasota lands hidden by SWFWMD, Sarasota-Charlotte-Desoto County, Peace River Manasota Lawyer, Engineers and consultants and EPA**

**ETR** Environmental Testing & Research
Laboratories

Report #: 11712156
Date : 11/7/2012
P.O.Number: 102 Ck

Same as Client

Matrix: Well Water
Client: Cecil Daughtrey Jr.
Sample 9438 Daughtrey Rd
Location: Sdell FL 34266
Phone (813) 470-6000
This sample taken by Joe Caborb, P E at 3:00:00 PM
on 10/24/2012 . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 74.60 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.43 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.43 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (5), Decoloration (15) | 15.0 C U |
| Odor | Not Detected | Odor due to Contamination | 3.0 T O N |
| Conductivity | 1771.0 umhos | Electrical Resistance (ammhos/cm) | No Limit |
| T D S | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 176.5 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.437 mg/L | Indicator of Waste | No Limit |
| Sulfate | 301.43 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The analyses of the samples and results are dependent on the quality of the sample. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any indirect or any use of the use of such results.

60 Elm Hill Ave.   Leominster MA 01453-4864   (978) 840-2941   (800) 344-6977   **Page 1 of 3**
info@etrlabs.com   www.etrlabs.com



**Daughtrey & Gilberti lands next to Peace River RV Griffin Reservoir located just south east**
**in public record permit 5yrs. In the Mosaic Phosphate district with a Mining permit**
**Gilberti obtained in 2009**
**for Sarasota Dr. William Sydney King MD at Sarasota Regional Hospital where many**
**Doctors and Hospital foundations with Hedge funders are hiding it to KILL Citizens with**
**Cancer Rates at the tap with SWFWMD and Peace River Manasota Water Supply boards**
**and engineers for Medicaid Fraud Racketeering case underway.**



**Certified Mail receipts for permit for Filtration plant submitted to FDEP Sarasota Brian Dietz, P.E. then transferred to Ft Myers FDEP as Gilberti was kidnapped during Boston bomb explosion setup by this Gang of West Florida Water supply and Medicaid fraud groups – Copied to Publix, Walt Disney, Coke and Pepsi the same day – Call Jon Iglehart Director who has been trying to help has recent permits after Hurricane IRMA to get FEMA to use our Water for Disaster recovery**

15.   SWFWMD and Peace River Manasota have ignored the General principles of using the best Raw Resources to maintain efficiency and the Pubic health, Safety and Welfare of Americans for water supply to Homes, Schools and businesses.  These Lawyers, Engineers and environmental consultants have lost their grip on common sense and manipulate the system to create Medicine sales without thinking of our People and their Children in growth, just their jobs and salaries.

<div align="center">

Title XXIX PUBLIC HEALTH

Chapter 403 ENVIRONMENTAL CONTROL

**SECTION 851**

24

</div>

**Declaration of policy intent.**

**403.851   Declaration of policy; intent.**—It is the policy of the state that the citizens of Florida shall be assured of the availability of safe drinking water. Recognizing that this policy encompasses both environmental and public health aspects, it is the intent of the Legislature to provide a water supply program operated jointly by the department, in a lead-agency role of primary responsibility for the program, and by the Department of Health and its units, including county health departments, in a supportive role with specific duties and responsibilities of its own. Without any relinquishment of Florida's sovereign powers and responsibilities to provide for the public health, public safety, and public welfare of the people of Florida, the Legislature intends:

(1)   To give effect to Pub. L. No. 93-523 promulgated under the commerce clause of the United States Constitution, to the extent that interstate commerce is directly affected.

(2)   To encourage cooperation between federal, state, and local agencies, not only in their enforcement role, but also in their service and assistance roles to city and county elected bodies.

(3)   To provide for safe drinking water at all times throughout the state, with due regard for economic factors and efficiency in government.

**History.**—s. 2, ch. 77-337; s. 162, ch. 79-400; s. 425, ch. 94-356; s. 164, ch. 99-8.

**16.   Background on Natural Alkaline spring water to the Region and cancer rates shown by Nobel Peace prize winner Dr. Otto Warburg in 1931.   It's trivial to anyone; including children that Alkaline filtered spring water not exposed to Pollution and Hurricanes is FAR healthier and safer than Peace River and these Treated Water supply plants.   They lie about Water Resources, their capacity and build falsified Caution area maps when there are ENDLESS rivers of Alkaline spring water deeper below.**

*The Warburg hypothesis (/ˈvɑːrbʊərɡ/), sometimes known as the Warburg theory of cancer, postulates that the driver of tumorigenesis is an insufficient cellular respiration caused by insult to mitochondria.[1] The term Warburg effect in oncology describes the observation that cancer cells, and many cells grown in vitro, exhibit glucose fermentation even when enough oxygen is present to properly respire. In other words, instead of fully respiring in the presence of adequate oxygen, cancer cells ferment. The Warburg hypothesis was that the Warburg effect was the root cause of cancer. The current popular opinion is that cancer cells ferment glucose while keeping up the same level of respiration that was present before the process of carcinogenesis, and thus the Warburg effect would be defined as the observation that cancer cells exhibit glycolysis with lactate production and mitochondrial respiration even in the presence of oxygen.[2]*

25

### Hypothesis[edit]

*Warburg's hypothesis was postulated by the Nobel laureate Otto Heinrich Warburg in 1924.[3] He hypothesized that cancer, malignant growth, and tumor growth are caused by the fact that tumor cells mainly generate energy (as e.g., adenosine triphosphate / ATP) by non-oxidative breakdown of glucose (a process called glycolysis). This is in contrast to healthy cells which mainly generate energy from oxidative breakdown of pyruvate. Pyruvate is an end-product of glycolysis, and is oxidized within the mitochondria. Hence, according to Warburg, carcinogenesis stems from the lowering of mitochondrial respiration. Warburg regarded the fundamental difference between normal and cancerous cells to be the ratio of glycolysis to respiration; this observation is also known as the Warburg effect.*

*Cancer is caused by mutations and altered gene expression, in a process called malignant transformation, resulting in an uncontrolled growth of cells.[4][5] The metabolic difference observed by Warburg adapts cancer cells to the hypoxic (oxygen-deficient) conditions inside solid tumors, and results largely from the same mutations in oncogenes and tumor suppressor genes that cause the other abnormal characteristics of cancer cells.[6] Therefore, the metabolic change observed by Warburg is not so much the cause of cancer, as he claimed, but rather, it is one of the characteristic effects of cancer-causing mutations.*

*Warburg articulated his hypothesis in a paper entitled The Prime Cause and Prevention of Cancer which he presented in lecture at the meeting of the Nobel-Laureates on June 30, 1966 at Lindau, Lake Constance, Germany. In this speech, Warburg presented additional evidence supporting his theory that the elevated anaerobiosis seen in cancer cells was a consequence of damaged or insufficient respiration. Put in his own words, "the prime cause of cancer is the replacement of the respiration of oxygen in normal body cells by a fermentation of sugar."[7]*

*The body often kills damaged cells by apoptosis, a mechanism of self-destruction that involves mitochondria, but this mechanism fails in cancer cells where the mitochondria are shut down. The reactivation of mitochondria in cancer cells restarts their apoptosis program.[8]*

26



1969 Floridan Well (Earth Coring) dug 1509' deep accessing Oceans beneath the Earth located at my Land at 9438 Daughtrey Road, Sarasota Florida 34266. This Well was hidden and in permit files for SWFWMD for decades

25.     Plaintiff found the secret underground resource and started whistleblowing and permitting the pipeline, resource and project, suddenly falsified threats by attorneys and police started with cyberstalking arrest tied to Greenberg Traurig Law, Dave Weinstein, chief council for Mosaic Phosphate next door in the Phosphate district.  Mr. Weinstein was fired from the project due to conflict cases with Mosaic, Sierra vs Fort Meade, 11th District courts and Sarasota courts due to the resource and phosphate mining permits owned by THE ENGINEER and political mining compacts in west Florida.

26.     Plaintiff was illegally subdued with bond hikes using new cyberstalking laws, timed with civil and county and court circuits away to stop the exposure and permitting.

27.     Plaintiff as a Professional Licensed Civil engineer permitted the resource and pipeline connections adjacent to a 5 County regional Water Supply infrastructure while whistleblowing the location, characteristics of the underground river and its ability to produce

unique spring water to over 10million taps from West Florida to South Florida, solving Florida

Water Wars. This effort was intended for a vast investigation to avoid emails to select

recipients- many of which were public officials-with the specific goal of informing these

officials of an illegal political conspiracy, and persuading them to enforce laws within their

jurisdiction. Therefore, Plaintiff is exercising his constitutional right to petition the government

for a redress of grievances.

> The right to petition the government for a redress of grievances is one such
> constitutionally protected activity, and one of the most precious liberties
> "safeguarded by the Bill of Rights." United Mine Workers of Am., Dist. 12 v.
> Illinois State Bar Ass'n, 389 U.S. 217, 222, 19 L. Ed. 2d 426, 88 S. Ct. 353
> (1967). The history of the right to petition for the redress of grievances is
> ancient, stretching back in time to before the Magna Carta, see A.D. Bedell
> Wholesale Co., Inc. v. Philip Morris Inc., 263 F.3d 239, 252 (3rd Cir. 2001),
> to a petition by English leaders in 1013 to "Aethelred the Unready." J.
> Norman B. Smith, "Shall Make No Law Abridging ...": An Analysis of the
> Neglected, but Nearly Absolute, Right of Petition, 54 U. CIN. L. REV. 1153,
> 1154 (1986). The right to petition has evolved to its current place in both the
> federal and Florida constitutions, which protect the right of the people to
> petition the government for redress of grievances. See U.S. Const., amend. I;
> Art. I, § 5, Fla. Const.

## THE ENGINEER'S SPEECH IS PROTECTED BY THE FIRST AMENDMENT, BECAUSE IT IS POLITICAL SPEECH, ADDRESSING A MATTER OF PUBLIC CONCERN – TAKEN BY THE DEFENDANTS IN A CORRUPT RACKETEERING ENTERPRISE

28.     The First Amendment to the United States Constitution guarantees freedom of

speech, the right to peacefully assemble, and the right to petition the government. Those rights

are protected from infringement by state governments by the Due Process Clause of the

Fourteenth Amendment to the United States Constitution. Further, under Article 1, Section 4, of

the Constitution of the State of Florida, citizens are guaranteed freedom of speech.

29.     The First Amendment protects speech even when its subject or manner of

expression is uncomfortable and challenges conventional religious beliefs, political attitudes or

standards of good taste. United States v. Stevens, 130 S.Ct. 1577, 1585 (2010). Specifically,

First Amendment jurisprudence has time and time again demonstrated that political and religious

speech should be afforded special protections. One such case is Cantwell v. Connecticut, 310

U.S. 296, 310 (1940), in which the U.S. Supreme Court overturned the conviction of three individuals for passing out religious leaflets in violation of a Connecticut statute that made it a crime to solicit and breach the peace:

> In the realm of religious faith, and that of political belief, sharp differences arise. In both field the tents of one man may seem the rankest error to his neighbor. To persuade others to his own point of view, the leader, as we know, at times, resorts to exaggeration, to vilification of men who have been, or are, prominent in church or state, and even to false statement. But the people of this nation have ordained in the light of history, that, in spite of the probability of excesses and abuses, these liberties are, in the long view, essential to enlightened opinion and right conduct on the part of the citizens of a democracy.

30.     The Supreme Court has consistently classified emotionally distressing or outrageous speech as protected, especially when that speech touches on matters of political, religious or public concern. The Supreme Court has said that this is because "in public debate our own citizens must tolerate insulting, and even outrageous, speech in order to provide adequate breathing space to the :freedoms protected by the First Amendment." Boos v. Barry, 485 U.S. 312, 322 (1988). Emotionally distressing speech will be entitled to special protection under the First Amendment, when expressed at a public place on a matter of public concern; such speech cannot be restricted simply because it is upsetting or arouses contempt. Snyder v. Phelps, 131 S.Ct. 1207, 1219 (2011).

31.     Uncomfortable expression touching on political or religious matters sent through email is equally protected under the First Amendment as there is "no basis for qualifying the level of First Amendment scrutiny that should be applied to online speech." Reno v. Am. Civil Liberties Union, 521 U.S. 844, 870 (1997). Despite the challenges of applying the Constitution to ever-advancing technology, basic principles of freedom of speech and press, like the First Amendment's command, do not vary when a new and different medium for communication appears." Brown v. Entm't Merch. Ass'n, 131 S.Ct. 2729, 2733 (2011). Plaintiff was exposing

the hidden US Resource with a mass addy technique using select agency and local influence, since Plaintiff knows who is supposed to utilize a resource of regional or even Global Health importance.

32.     The fundamental importance of the free flow of ideas and opinions on matters of public concern is the core of the First Amendment protections, even where speech includes vehement caustic and sometimes unpleasantly sharp attacks.  New York Times Co. v. Sullivan, 376 U.S. 254, 271 (1964). Surely, the government's interest in preventing the use of electronic communications to inflict emotional distress would still undoubtedly be furthered even if some State statute did not apply to the type of discourse the Plaintiff may or may not of engaged in-political speech on matters of public concern, aimed at alerting government officials, and exposing wrongdoers.

## COUNT II – FRAUD ON COURTS ALLEGATIONS

33.     Defendants worked between Judicial circuits in a select Enterprise of Judges, civil servants to time dockets on both illegal civil foreclosure cases and criminal cases, in an effort to subdue THE ENGINEER in Hillsborough County courts and expedite illegal trials to steal the land and hide the secret underground critical health resource.

34.     Below is a copy of email correspondence proving THE ENGINEER was setup and kidnapped by Hillsborough County District 13 staff (with help of Lee County and Sarasota County Dist 12 and 20, as well as Broward County District 17) where Public Defender Chris Shaw, the entire State Attorneys office, Mark Ober, Andrew Warren, Pam Bondi and Judges during the 2016 Election pulled a fake arrest to subdue THE ENGINEER when land cases were up in Middle District, 11th District Court of Appeals, and Sarasota Courts.

35.     The Enterprise worked with Cops, Media, Pulse Bar, Commissioners, Hospital boards and these lawyers, Judges and police to attack America.  They filled out fake AR-15 death threats on Pulse bar week.  Chris Shaw was the Public Defender for the Plaintiff for the

Boston Bomb bond hike on April 15, 2013 for Mosaic chief council case with Dave Weinstein at Greenberg Traurig disappeared two day before trial.

36.    Attorney Chris Shaw is an arch Criminal with the Enterprise and Judges on the payroll of the Enterprise in with the DEFENDANTS.   See exhibit below which ties to an entire case(s) of lies to attack the Plaintiff, his land, America and kill millions with Cancer Rates at the Tap in a major Cancer cluster of America in retired West Florida.

From: Catisha Smith <SmithC@PD13.STATE.FL.US>
Date: 9/4/16 3.33 PM (GMT-05:00)
To: christine Gilberti <gilberti-4@hotmail.com>
Subject: FW: Zachary Self

-----Original Message-----
From: Mosakowski, Robert T. [mailto:Mosakowski_R@SAO13th.com]
Sent: Friday, August 31, 2016 3:24 PM
To: Catisha Smith <SmithC@PD13.STATE.FL.US>
Subject: FW: Zachary Self

Catisha, attached is the report written by US Marshall Zachary Self.  Additionally, Mr. Shaw brought in his computer this afternoon.  Our IT department spent over an hour going through it attempting to find the email but could not find it

Thank you,

Robert T. Mosakowski
Assistant State Attorney
Deputy Chief of Felony Division B
(813) 274-1732

**Proof no AR-15 threat was found but Judge Wolfe and State attorney forced plea to get to Sarasota case after 6months of Torture and confinement**

**FAKE POLICE REPORTS WITH AR-15 TIMED WITH PULSE BAR SHOOTING BY HILLSBOROUGH COUNTY DISTRICT 13**
**Figure**

37.    Compare  U.S. v. Throckmorton, 98 U.S. 61, 25 L.Ed 93 (1878)E.,  Hazel-Atlas Glass Co. v. Hartford Empire Co., 64 S. Ct. 997 (1944); Demjanjule v. Petrovsky, 10 F. 3d 338 at 352 (6th Cir 1993)

38.    A cause of action for fraud on the court may be brought at any time, and any

order, judgment or decree, obtained by fraud upon the court may be recalled and set aside at any time, whether entered in a civil or criminal case. See, **State v. Booker, 314 So. 2d 136 (Fla. 1975).**

39.       Judges and attorneys are officers of the Court. A State judge is a state judicial officer, paid by the state to act impartially and lawfully. A federal judge is a federal judicial officer, paid by the federal government to act impartially and lawfully. State and federal attorneys fall into the same general category and must abide by the rules. A judge is not the court. **People v. Azjic, 88 Ill.App.3d 477,410 N>E.2d 626 (1980).**

40.       In **Bullock v. United states, 763 F.2d 1115, 1121 (10th Cir. 1985),** the court stated "Fraud upon the court is fraud which is directed to the judicial machinery *itself and is not fraud between the parties or fraudulent documents, false statements or perjury...where a judge has not performed his/her judicial function* — thus where the impartial functions of the court have been directly corrupted."

41.       **"Fraud upon the court"** has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery cannot perform in the usual manner it impartial tasks of adjudging cases that are presented for adjudication."

42.       **Kenner v C.I.R., 387 F.3d 689(1968); 7 Moore's Federal Practice, 2d ed., p. 512, 60:23.** The 7th Circuit further stated "a decision produced by fraud upon the courts not in essence a decision at all, and never becomes final."

43.       "Fraud upon the court" makes void the orders and judgments of that court. **It is also clear and well-settled that any attempt to commit "fraud upon the court" vitiates the entire proceeding.   The People of the State of Illinois v. Fred E. Sterling, 357 Ill.354;192 N.E. 229** (1934) ("The maxim that fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions."); In re Village of Willowbrook, 37 Ill.

App.2d 393 (1962) ("It is axiomatic that fraud vitiates everything.").

44.    The Following State and Federal cases in Florida, Georgia and Washington have knowledge of the timeline and hidden US and Global Drinking Water Resource, knowledge and crimes of Genocide/Eugenics in US potable water supply vs Alkaline filtered spring water supply.

| | |
|---|---|
| US Supreme Court case: | 18-1110 Cecil Daughtrey, et ux., vs Rivera |
| US Federal Court<br>District of Columbia case: | 19-cv-00738 Gilberti vs Federal Reserve, et. al |
| Florida US Middle Dist case: | 9:13-bk-14831-FMD Daughtrey vs Rivera<br>9:19-ap-00104-FMD Gilberti vs Rivera, et. al, |
| Georgia 11th Dist case: | 2:15-cv-35-Ftm-29 Daughtrey vs Rivera |
| Sarasota Cases: | 2011 CA 004209 NC BSFL Holdings vs Daughtrey<br>2015 CA 006544 NC Gilberti vs 72 Partners LLC<br>2016 CA 000205 NC 72 Partners vs Joe Gilberti |
| Hillsborough Cases: | 12-CM-011299-A State of Florida vs Joe Gilberti<br>13-DR-006408 David Weinstein vs Joe Gilberti<br>13-DR-007061 Vincent Marchetti vs Joe Gilberti<br>13-CM-008278-A State of Florida vs Joe Gilberti<br>16-CF-010976-A State of Florida vs Joe Gilberti<br>18-CF-004829-A State of Florida vs Joe Gilberti<br>18-CF-005038-A State of Florida vs Joe Gilberti |
| Broward County Cases: | CACE 18-008568 Borges vs Cruz<br>CACE 18-009607 Pollack vs Cruz<br>18001958CF10A State of Florida vs Cruz<br>17002130CF10A State of Florida vs Cory Gilberti<br>19-005019 Israel vs Desantis |
| Florida DOAH Cases: | 17-003257PL –Fla Board of Engineers vs Gilberti<br>18-003276 – Polk Regional vs Peace River-Swfwmd |
| Florida Board of Eng Case: | 2016-029320 – Board of Engineers vs Joe Gilberti |

## RICO ACTION ALLEGATIONS

### PLAINTIFFS' RICO CASE STATEMENT PURSUANT TO THE LOCAL
### RULES' STANDING ORDER IN CIVIL RICO CASES

Plaintiffs hereby file their RICO Case Statement as required by Local Rules as follows:

**1.**   **The alleged conduct that is claimed to be in violation of 18 U.S.C. 196 (a), (b), (c) and/or (d).**

45.  Plaintiff asserts claims listed in Introduction and below for violations of 18 U.S.C. Sec. 1962 (a), (b), (c) and (d).

46.  The individual RICO Defendants named herein formed a strategic alliance with THE MOSAIC COMPANY (aka Mosaic Fertilizer), Environmental Protection Agencies, Center of Disease Control, Greenberg Traurig Law, Southwest Florida Water Management District, Sarasota County, Manatee County, Hillsborough County, Desoto County, Lee County, Collier County, Pinellas County, Polk County, Broward County, Dade County, Palm Beach County, local water supply regulatory Agencies, Hospitals, Hospital Foundations, Leaders, Banks and Pharmaceutical groups to keep Cancer rising from Water Supply LOW Level of Service with poor raw drinking water resources.

47.   DEFENDANTS  collectively  and  politically  through  local  Engineering, Environmental and Consulting selections by Hillsborough, Pinellas, Polk, Pasco, Manatee, Desoto, Charlotte, Lee, Hendry, Polk County(s), as well as Municipal Cities within, Peace River Manasota Water Authority, Tampa Bay Water and Southwest Florida Water Management worked together to collect massive amounts of Revenues by making millions sick with higher cancer rates, more Medicine sales, bad medicine production with poor water resources and inflating Medicaid cost and Water bills (see Gilberti vs Ardurra, et. al., RICO filed in Middle District where discovery was skipped to hide the US Resource by their Continuing Service engineers for local counties and agencies).

**Clean Water Act**
Section 505(a)(2) of the Clean Water Act (CWA) and
*Section 1449(a)(2) of the Safe Drinking Water Act (SDWA)*

    i.        Failure to Utilize Higher Level of Service for Raw Water Resources from EPA and Peace River Manasota Water Authority Florida hidden Underground Alkaline Endless Spring Water River and improper use of State Revolving Funds, US Grants to build potential Terror attack above Sky Reservoirs (ZIKA Ponds) via RV Griffin Reservoir after Hurricane Charlie pursuant to Title 42 U.S.C. to protect the Public Safety and Welfare of US citizens at the Tap of a 4 to 6 County Regional System.

    ii.        Harboring known US Terrorist Attacks surrounding this critical medicine changing Unique underground Spring water mixture and Resource and its court docket timing to kidnap THE ENGINEER Gilberti while attacking his land and his clients land with Florida Dept of Justice and Leaders.

**2.**    **The identity of each defendant and the alleged misconduct and basis of liability for each.**

**3.**    **List the alleged wrongdoers, other than the defendants listed above, and state the alleged misconduct of each wrongdoer:**

    **48.**    See related cases of Racketeering cases on common defendants and agencies listed in this complaint and past that are headed to the US Supreme Court and more to be filed as this World Resource is not leaving or moving anytime in the next 100million years.

**4.**    **Identity of the alleged victims and the manner in which each victim was allegedly injured.**

**5.**    **A description of the pattern of racketeering activity or collection of unlawful debts alleged for each RICO claim:**

    **50.**    See attached.

**5.**    **A detailed description of the alleged enterprise for each RICO claim:**

    **51.** The individual enterprise Defendants acted as an enterprise within the meaning of 18 U.S.C. 1961(4) which defines "enterprise" as "any individual, partnership, corporation,

associations or other legal entity, and any union or group of individuals associated in fact and although not a legal entity"

a. The Individual RICO defendants are named at the top of the Complaint and Parties listed. Defendants here are employees and/or agents of various levels of State and Local government in the State of Florida and US Congress as well as major Wall Street groups, and local land developers, bankers, appraisers, environmental and Engineering consultants, bottling corps, Hospital foundations and more. Together, and through their various government roles formed an association in such as but not limited to the Florida Water Forum, Enterprise Florida and Sarasota Tiger Bay Club. The DEFENDANTS consisting of the individual RICO defendants named herein set forth in this complaint, used their authority and power to develop and carry out the fiscal scheme to use toxic polluted, radioactive Peace River water and arsenic Ground water raw resources instead of Alkaline endless spring water underground rivers (ready to drink). The Peace River was known to be unsuitable for use and expensive to properly treat, and DEFENDANTS want to steal the land, hide the volumes and sell medicine. They want to hide the knowledge that finds many more in days.

b. DEFENDANTS purposely hid US Resources from millions of People that affect National Security, Economics and Government overspending and borrowing from the Rothschild IMF Banks at the Federal Reserve by holding back the sustainability and FREE Energy and Medicine this US Unique Resource provides to billions of World People.

c. DEFENDANTS held up years of good Trade with other nations keep Wars moving as this site shows mankind how to find Endless Clean Water, hence endless food and reasons for World Peace and no enemies or boundaries. Why would Nations fight with endless Free Energy and Food this World Resource and its knowledge opens.

d. DEFENDANTS working with the Federal Reserve collect over $600 billion in Interest each year from $20 Trillion in Debt that was only $1 Trillion when RV Griffin Reservoir was installed instead of exposing this World Water and Energy knowledge this resource teaches the University system and all the innocent in the government. The rotate tax base to Judges with large land tracts making decisions on cases and working in the same circuit like Judge Hall, Judge Kimberly Carlton Bonner and many more, attacking America.

e. DEFENDANTS manipulated Tampa Central Command and Local Leaders, Police, Judges, EPA, Swfwmd and Tampa Bay Water Authority to hide this Resource with the Bush Family who invests in Water Resources to hide them with Coke and Nestle to keep War Machines going and Migration of immigrants who don't have resources in their town for food and Water due to Weather and climate in colder areas.

f. The CDC and World Health Organization with World Bank/Federal Reserve Central Banks of this World Water and Health knowledge with this Enterprise, Obama, Trump, Biden, Bush Clinton and EPA administration for decades to kill Americans and cause more viruses through pathogens in water by hiding this Global resource and it knowledge to find the rest in days, hidden by the same Florida and Tampa Central

command enterprise of idiot Judges, Cops and Lawyers lost now.

6. **State whether you allege and describe in detail how the pattern of racketeering activities and the enterprise are separate or have merged into one entity:**

    52.

7. **The alleged relationship between the activities of the enterprise and the pattern of racketeering activity, including a description of the manner in which the racketeering activities differs, if at all, from the usual and daily activities of its employees.**

8. **The benefits, if any, the alleged enterprise receives or has received from the alleged pattern of racketeering.**

    53.    Judges surrounding the property and Commissioners have worked with FDEP and Leaders to hide this resource as Lennar, Culverhouse, Palmer Ranch, Lakewood Ranch, Benderson Development, Debartolo, Bottling corps and more hid it to sell medicine, bottled water, cancer centers and arsenic homes to US Citizens. Filling the tap of Hospitals with treated Radioactive rivers from Peace River, the worst Water plant in Florida right next to this underground river! They all knew and killed American kids who never had a chance! For Money! And Votes!

    54.    DEFENDANTS have capitalized on military spending as Wars and Hunger would be massively reduced once this site opens the knowledge to find more via Meteor impacts to Oceans beneath Earth.

    55.    Describe the effect of the activities of the enterprise on interstate or foreign commerce.

9. **If the complaint alleges a violation of 18 U.S.C. Section 1962(a), provide the following information:**

    56.    The Vault and timeline will detail out the coordination with Judges, Circuit

Courts, Federal court in Tampa and abroad working with a network tied to US and Florida Leaders, Developers and Media to subdue the Engineer timed with civil cases, permitting the resource and whistleblowing the resource in a Petition of Redress using Social Media, emails and more as a Utility to expose Earths No1 Health and Energy Resource and Global knowledge hidden from Humanity! These Judges and Courts all need to be arrested and replaced with REAL AMERICANS! The Leaders, Cops, Teacher and more were too scared to help, like what you see with the masks and nobody exposing this $20bill crap!! Grow up Judges and Courts as your done. And if this courts dismisses this or allows a sale to proceed with Terrorist on this land and attacking this land, then this Court is next on the list for a civil case until we go through 50 States and everyone is detained by the masses. Nobody is above the Law and the lawyers, Judges and their game is OVER!

## 12. **If the complaint alleges a violation of 18 U.S.C. Section 1962(b), provide the following information:**

57.     Racketeering through a long time known Tri-State Florida Water wars in the panhandle involving water supply groups hiding these secret underground Rivers in Alabama, Georgia and Florida to pay lawyers and tax Citizens while hiding the true water resources. Kidnapping THE ENGINEER with corrupt Judges and shooting building up with Broward Cops and faking Parkland shooting. The timing is so obvious and millions know. And soon many Parkland kids are going to cross as promised. Then all Judges involved are arrested as we have the Petitions building now.

## 13. **If the complaint alleges a violation of 18 U.S.C. Section 1962(c), provide the following information:**

a.     The individuals who are employed or associated with the enterprise:

58.     See Defendants, Introduction and list of groups described in the Complaint that will grow with discovery and other lawsuits tied to this complaint throughout Florida and the United

States.

    b.    Whether the same entity is both the liable "person" and the "enterprise" under Section 1962(c)

**15.    If the complaint alleges a violation of 18 U.S.C Sections 1962(d), describe in detail the alleged conspiracy.**

**16.    The alleged injury to business or property**

**17.    The direct causal relationship between the alleged injury and the violation of the RICO Statute.**

59.    THE ENGINEER has suffered loss of Home, business, Reputation, monies, family members, emotional damages as well as his client from the DEFENDANTS massive Torts and US Terrorism acts to the United States of America and the US Resource. DEFENDANTS took almost 15 years of the Plaintiff's life and time with his Children to kill Americans with Cancer rates and overcharge for Medicine.

60.  See damages stated in Vault that will show monies and pumping rates in the Millions of dollars per day.  But nobody can put a price on lost time with family, death of family members by this Enterprise as they killed my father while I'm in the Tampa Hole, as he had the down the Hole video disks that show the endless capacity.  All Judges are harboring Terrorism and Murder with 72 Partners and Florida Leaders, Washington Leaders, including Obama, Bush, Clinton, Trump, Biden, Pence and all Congress who have known since 2012 and helped Attack America and this World resource to KILL Children.

**18.    The damages sustained for which each defendant is liable.**

61.    See above.  TBD.  Exceeding $15,000.00 US Dollars.

**19.    A description of the Federal causes of action, if any, and citation to the relevant statutes.**

    i.  42 U.S.C. § 1983 – SUBSTANTIVE DUE PROCESS – DEPRIVATION OF CONTRACTUALLY CREATED PROPERTY RIGHT

ii. 42 U.S.C. §1983 – PROCEDURAL DUE PROCESS – DEPRIVATION OF CONTRACTUALLY CREATED PROPERTY RIGHT

iii. 42 U.S.C. §1983 –SUBSTANTIVE DUE PROCESS– STATE CREATED DANGER

iv. 42 U.S.C. §1983 – SUBSTANTIVE DUE PROCESS – BODILY INTEGRITY

v. Section 505(a)(2) of the Clean Water Act (CWA) and
Section 1449(a)(2) of the Safe Drinking Water Act (SDWA)

vi. *Florida Deceptive and Unfair Trade Practices Act* ("FDUTPA").

vii. Florida Fair Lending Act, section 494.0078, *et seq.* ("FFLA")

viii. Florida Consumer Collections Practices Act ("FCCPA")

ix. CIVIL CONSPIRACY

20.   <u>A description of pendent state claims in the complaint, if any.</u>

i. Fraud on the Courts and Terrorism using Smith-Mundt Act.

ii. Breach of Fiduciary Duty as an US Agency to Protect the Public Safety, Welfare and Security of THE PEOPLE

iii. Nuisance

iv. Negligence

v. Gross Negligence

vi. Unjust Enrichment

vii. Conspiracy and Racketeering of Federal Funds to pump Radioactive water and sell medicine to millions of innocent People. To fill Cancer centers with dead children.

viii. Trespass

ix. Intentional Infliction of Emotional Distress

x. Negligent Infliction of Emotion Distress

21.   <u>Any additional information plaintiff feels would be helpful to the Court in processing the RICO claim.</u>

61.   Plaintiffs believe and wish to emphasize that a significant volume of highly relevant evidence supporting the claims herein will be obtained through discovery. Plaintiffs

reserve their right to supplement this form as this information comes to light so as to provide the Court with these additional facts. For example, criminal investigations into this matter are pending and have yet to disclose their findings or reports.  In addition, plaintiffs had not had the chance to obtain email correspondence that will likely further reinforce every fact and allegation contained herein, as many of the individual defendants named herein have been moving to new companies, relieved from duty, rotated to new municipalities or firms, retired, etc.

62.   Plaintiffs reserve the right to amend the DEFENDANTS and actions set forth above if discovery and/or further investigation reveal that any should be expanded, divided into specific enterprises regarding said issues that collectively are working in a mob, or modified in any way.

## VI. COUNTS

### COUNT I: § 1983 CLAIM OF RETAILIATION FOR EXERCISE OF FIRST AMENDMENT PROTECTED FREE SPEECH ACTIVITY AGAINST DEFENDANTS

63.   Plaintiffs (THE ENGINEER) re-allege and incorporates by reference all of the preceding paragraphs in this complaint.

64.   Defendants personally, maliciously, and under color of state law deprived Plaintiffs of Plaintiffs' rights under the First Amendment to the United States Constitution, which are secured through the Fourteenth Amendment, by maliciously retaliating against Plaintiffs for Plaintiffs' exercise of the constitutional right of free speech to protest government activity of great public interest of which Plaintiffs disapproved and protested peacefully without interfering with the State's operations.

65.   In depriving Plaintiffs of these rights, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiffs' human, safety, and property rights.

66.   This deprivation under color of state law is actionable under and may be redressed by 42 U.S.C. §1983.

### COUNT II: § 1983 CLAIM OF FOURTH AMENDMENT ILLEGAL SEARCH AND

**SEIZURE OF PLAINTIFFS' BODY AND PROPERTY AGAINST DEFENDANTS**

67.   Plaintiffs re-allege and incorporate by reference all of the preceding paragraphs in this complaint.

68.   Defendants personally, recklessly, maliciously, and under color of state law deprived Plaintiff of Plaintiff's liberty rights under the Fourth Amendment to the United States Constitution, which are secured through the Fourteenth Amendment, by forcing Plaintiffs to into jails and subduing his family members without a warrant or any probable cause to believe Plaintiff committed any crime.

69.   In depriving the Plaintiffs of these rights, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

70.   This deprivation under color of state law is actionable under and may be redressed by 42 U.S.C. §1983.

**COUNT III: STATE TORT OF CIVIL CONSPIRACY AGAINST DEFENDANTS**

71.   Plaintiffs re-allege and incorporate by reference all of the preceding paragraphs in this complaint.

72.   Defendants conspired together to commit illegal searches of Plaintiffs' body and property in violation of the United States Constitution's Fourth Amendment as applied to the States via the Fourteenth Amendment. These probes by State employees were done without a warrant and with reckless indifferences to Plaintiffs' rights.

73.   Defendants conspired to retaliate against Plaintiffs for Plaintiffs' clearly established First Amendment constitutional right to voice disapproval of Defendants actions on Water Supply.

74.   Defendants, together, retaliated against Plaintiffs by attacking Plaintiff's family members, threatening Plaintiffs from local government buildings to stop permitting and exposure

of the US hidden Resource so Plaintiffs could not obtain transparency, and ultimately forcing Plaintiffs to o take pleas in duress with timed fake criminal cases with civil land and lien cases in other circuits counties apart to otherwise injure Plaintiff.

75.     The actions underlying this conspiracy are illegal under the United States Constitution's First and Fourth Amendments as applied to the States via the Fourteenth Amendment.

76.     This deprivation under color of state law is actionable under and may be redressed by 42 U.S.C. §1983 and 28 U.S.C. §1367.

### COUNT IV: 42 U.S.C. § 1983 CLAIM AGAINST DEFENDANTS FOR RECKLESS INDIFFERENCE TO PLANTIFFS' CLEARLY ESTABLISHED CONSTUTIONAL RIGHTS

77.     Plaintiffs re-allege and incorporate by reference all of the preceding paragraphs in this complaint.

78.     Defendant's encouraged, caused, allowed, and/or enabled Defendants to violate Plaintiffs' constitutional and state rights without fear of discipline for those violations. See *Monell v. Department of Soc. Svcs.*, 436 U.S. 658 (1978).

79.     Defendants demonstrated a policy of deliberate indifference to such civil rights violations. See *City of Canton v. Harris*, 489 U.S. 378, 389 (1989).

80.     Defendants callous, reckless, wanton, and malicious actions under color of state law before, during, and after this loss, have caused Plaintiffs to suffer and continue to suffer the damages Plaintiffs have described.

81.     These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983.

### RELIEF REQUESTED

**WHEREFORE, Plaintiffs respectfully request the following relief:**

A. Plaintiffs re-alleges and incorporates by reference all of the preceding paragraphs in this complaint,

B. Trial by jury on all issues so triable;

C. General and special compensatory damages;

D. Punitive damages;

E. Injunctive relief ordering Defendants to stop all Vaccines until the $20bill is assessed by the entire US Public on National TV and by the US Leaders who must disclose this Crime against Humanity.  Stop all Water infrastructure funding of in Florida until this resource is assessed.

F. Award to Plaintiffs of reasonable attorneys' fees and costs incurred in connection with this action from the Defendants pursuant to 42 U.S.C. §1988;

G. Cease all Judges in US and Florida courts for US Treason as well as the FBI directors for the past 10yrs immediately to protect the US Citizens and Plaintiff from more attacks.

H. Arrest all US Media owners listed and their employees with the US National Guard for US Treason.

I. Detain all Federal Reserve Board members and Rothschild Family for US Treason. Require all US Governor listed to be questions by the entire US Congress on this World Water Resource timed with Smith-Mundt Acts.  Arrest all Hollywood entertainers and Producers, Media owners and Bill Gates and/or CEASE ALL ASSETS to provide them to the United States Treasury of Bill Gates, Rothschild and Monetary fund in the Federal Reserve Bank of Atlanta.

G. Detain all Nancy Pelosi and all US Senators for questioning on past 10yrs of obvious efforts to hide this World underground Resource that helps vaccines and economic sustainability.

44

H. Stop all funding for vaccines for Pfizer, Inc. who also hid this World Resource and the issue on the US Currency showing the mask for 20yrs to print money, loot the economy and weaken America and harboring Terrorism by the CDC, Media and defendants.

I. Allow discovery to take place as all other Courts on related cases CORRUPTLY skipped all EVIDENCE and DISCOVERY to hide this US and Global Resource from the PENTAGON and US Soldiers, causing more Wars and conflicts throughout the World, all centralized at Tampa Central Command with Tampa to Miami corruption that has bleed into the entire US Congress with Greed.

J. Allow US Military to inspect the Resource, arrest all Florida and US Politicians systematically for US TREASON, with all Florida Judges, Cops, Teachers, School Boards who were copied on the cases and apathetically allowed US Timed Terrorism and courts to subdue Plaintiff with Falsified Police Reports.

K. Allow US Military and PLAINTIFF, to impose Sanctions on Defendants, require them to be placed on Live TV on Lie Detector test on their knowledge of the past 8yrs in this Florida and Global Water War in west Florida holding down critical global knowledge with NASA, EPA and President Biden, Harris and Ron Desantis, and his gang of Florida Judges.

L. Allow Plaintiff and US Military to inspect all scars with forensics on all wounded Parkland, Boston Bomb, and Pulse Bar victims since Lee Schools just attempted another fake shooting to subdue plaintiff with his own son, at Lexington Middle School, with witnesses ready, as Superintendent resigned next day after some listed Defendants, Desantis and Biden failed.

J. Note, this claim against the PENTAGON is a friendly lawsuit to the PENTAGON to bring the ARMY, NAVY, AIR-FORCE and MARINES to this site to open up

millions more across America and other Nations to end World Hunger in Days and

arrest all Media IMMEDIATELY for US Treason. Throw them ALL in FEMA

Camps with all West Florida developers like Lennar, Culverhouse, Debartolo,

Seminole Tribe Casino, Pat Neil, Neil Benderson, and engineers listed in Gilberti vs

Ardurra, et al, at the US Supreme Court for docketing.

J. Such further and different relief as is just and proper or that is necessary to make the

Plaintiff whole


## DEMAND FOR A JURY TRIAL

Plaintiffs, for themselves hereby demands trial by jury on all issues so triable as a matter
of right.

Date: June 1, 2021

/s/Joe Gilberti

Joseph D. Gilberti, Jr., P.E.
Plaintiff
385 Donora Blvd
Ft Myers Beach, FL 33931
813-470-6000
gilbertiwater@gmail.com
www.gilbertibluegold.com


Cc:   US House of Representatives
Administrative Council
Ford House Office Building
Room 217
Washington DC, 20515

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001